# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DARLA KEYS, et al. | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-58-JDK |
| U.S. XPRESS, INC., et al. | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss (Docket No 68). Having considered the Motion, the Court hereby **GRANTS** the Motion and **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims against Defendant U.S. Xpress, Inc. in this case. All parties shall bear their own costs and fees.

So **ORDERED** and **SIGNED** this **1st** day of **April, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE