# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DARLA KEYS, et al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:18-CV-58-JDK |
| § | |
| U.S. XPRESS, INC., et al. § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Having disposed of all pending claims in this case, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all claims in the instant suit be **DISMISSED** in their entirety **WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **April, 2019.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE